| Rev. 1/89 | **FINANCIAL DISCLOSURE REPORT** | certain Judicial Employees (28 USCA App. L §§ 301-09") |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| McKeague    David W. | United States District Court for the Western District of Michigan | 9/12/91 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| | 9/11/91 | 1/1/90 to 8/31/91 |

| Home or office address |
|---|
| 313 S. Washington Square Lansing, Michigan 48933 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Secretary/Treasurer, Director and Stockholder | Foster, Swift, Collins & Smith, P.C. |
| Partner | S. Washington Investment Co., a Michigan co-partnership |
| General Counsel, Executive Committee and Director | Impression 5 Science Museum |
| Regional Director | Western Michigan Chapter of Federal Bar Association |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 | Foster, Swift, Collins & Smith, P.C. - Wages | $ 290,041.01 |
| 2 | Michigan Insurance Federation (S) - Wages | $ N/A |
| 3 | Michigan Chamber of Commerce (S) - Wages | $ N/A |
| 4 | | $ |
| 5 | | $ |


Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd) | McKeague, David W. | 9/12/91

## V. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment:
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [x] NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [x] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [x] NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*VALUE CODES: J=$0 to $1,000; K=$1,001 to $6,000; L=$5,001 to $15,000; M=$15,001 to $50,000; N=$50,001 to $100,000; O=$100,001 to $250,000; P=over $250,000

Digitized by Google

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during period Amt. Code (A-H) | Type (e.g. div.) | C. Gross value at end of period Value Code (J-P) | Value Method Code (Q-W) | D. Transactions during reporting period Type (e.g. sale) | Date Month-Day | If not exempt from disclosure Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 First of America Bank-Central Lansing, Michigan (J) | B | Int. | L | U | | | | | |
| 2 Foster, Swift, Collins & Smith, P.C. - 4,000 Shares | A | | M | V | | | | | |
| 3 S. Washington Investment Co. General Partnership Interest | D | Int. | M | V | | | | | |
| 4 Stonehedge Limited Partnership Limited Partnership Interest | A | | M | W | | | | | |
| 5 Foster, Swift, Collins & Smith Employee Pension Plan | A | | O | U | | | | | |
| 6 Mich Chamber of Commerce Employee Money Purchase Pension (S) | A | | M | U | | | | | |
| 7 Merrill Lynch IRA | A | | L | U | | | | | |
| 8 Series EE Bonds (DC) | A | | J | U | | | | | |
| 9 Perry Drugs - 73 Shares Common Stock (J) | A | | J | T | | | | | |
| 10 MacKay-Shields Mainstay Funds IRA (S) | A | | K | U | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A = exempt ($0 to $200)  B = $201 to $1,000  C = $1,001 to $2,500  H = more than $5,000,000
E = $5,001 to $15,000  F = $15,001 to $50,000  G = $50,001 to $100,000
2 Value Codes: J = exempt ($0 to $1,000)  K = $1,001 to $15,000  L = $15,001 to $50,000  M = $50,001 to $100,000
N = $100,001 to $250,000  O = $250,001 to $500,000  P = more than $500,000
3 Value Method Codes: Q = Appraisal  R = Cost (real estate only)  S = Assessment  U = Book value  V = Other  W = Estimated

Digitized by Google

FINANCIAL DISCLOSURE REPORT (1991) | McKeague, David W.

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐     Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _David W McKeague_     Date __9/12/91__

David W. McKeague

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to: Judicial Ethics Committee, Administrative Office, United States Courts, Washington, D.C.

2. Deliver one copy to the Clerk of the Court on which you sit or with which you are associated with a specific court, such as employees of the Administrative Office or the Federal Judicial Center, need not file a copy with any court.

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

### August 31, 1991

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 11 | 179 | 00 | Notes payable to banks—secured | 28 | 280 | 00 |
| U.S. Government securities—add schedule | | 800 | 00 | Notes payable to banks—unsecured | 4 | 235 | 00 |
| Listed securities—add schedule | | 230 | 00 | Notes payable to relatives | | -0- | |
| Unlisted securities—add schedule | 97 | 377 | 00 | Notes payable to others | | -0- | |
| Accounts and notes receivable: | | | | Accounts and bills due | 1 | 000 | 00 |
| Due from relatives and friends | | -0- | | Unpaid income tax | | -0- | |
| Due from others | | -0- | | Other unpaid tax and interest | 3 | 869 | 00 |
| Doubtful | | -0- | | Real estate mortgages payable—add schedule | 184 | 880 | 00 |
| Real estate owned—add schedule | 260 | 000 | 00 | Chattel mortgages and other liens payable | | -0- | |
| Real estate mortgages receivable | | -0- | | | | | |
| Autos and other personal property | 10 | 700 | 00 | Other debts—itemize: | | | |
| Cash value—life insurance | 3 | 200 | 00 | Student Loan (Nancy) | 2 | 861 | 00 |
| Other assets—itemize: | | | | | | | |
| Pension Plan (est) | 263 | 041 | 00 | | | | |
| Jewelry & Furs (appraised) | 19 | 100 | 00 | | | | |
| Household Furnishings | 20 | 000 | 00 | Total liabilities | 225 | 125 | 00 |
| | | | | Net worth | 460 | 502 | 00 |
| Total assets | 685 | 627 | 00 | Total liabilities and net worth | 685 | 627 | 00 |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | None | | | Are any assets pledged? (Add schedule.) | | Yes | |
| On leases or contracts | None | | | Are you defendant in any suits or legal actions? | | No | |
| Legal Claims | None | | | Have you ever taken bankruptcy? | | No | |
| Provision for Federal Income Tax | None | | | | | | |
| Other special debt | | | | | | | |
| Child Support (monthly) | | 1 | 00 | | | | |
| Alimony (monthly) | | 3 | 000 | 00 | | | |

ATTACHMENT 2


Digitized by Google

## NET WORTH STATEMENT SCHEDULES

### US Government Securities

| | |
|---|---:|
| Series EE Bond - Michael Nowak | 100 |
| Series EE Bond - Michael Nowak | 50 |
| Series EE Bond - Michael Nowak | 50 |
| Series EE Bond - Michael Nowak | 50 |
| Series EE Bond - Michael Nowak | 50 |
| Series EE Bond - Michael Nowak | 50 |
| Series EE Bond - Michael Nowak | 50 |
| Series EE Bond - Michael Nowak | 50 |
| Series EE Bond - Melissa Nowak | 100 |
| Series EE Bond - Melissa Nowak | 50 |
| Series EE Bond - Melissa Nowak | 50 |
| Series EE Bond - Melissa Nowak | 50 |
| Series EE Bond - Melissa Nowak | 50 |
| Series EE Bond - Melissa Nowak | 50 |
| | 800 |

### Listed Securities

| | |
|---|---:|
| 73 Shares of Perry Drug | 230 |

### Unlisted Securities

| | |
|---|---:|
| 4,000 Shares of Foster, Swift, Collins & Smith, PC | 23,218 |
| S. Washington Investment Co. | 54,159 |
| Stonehedge Limited Partnership | 20,000 |
| | 97,377 |

### Real Estate Owned

| | |
|---|---:|
| 6364 Timber View | 260,000 |

### Pension Plans & IRA's

David McKeague:
Foster, Swift, Collins & Smith...$224,896
Merrill Lynch IRA Account........ 14,039          238,935

Nancy McKeague:
Mich Chamber of Commerce.........$ 20,306
MacKay-Shields Mainstay Fund,IRA. 3,800           24,106
                                                 263,041

### Real Estate Mortgages Payable

| | |
|---|---:|
| First of America Bank-Central | 184,880 |

### Assets Pledged

6364 Timber View is pledged to secure a
first real estate mortgage to First of
America Bank-Central in the amount of
$184,880 and a second mortgage to Clinton
Bank (now City Bank) in the amount of
$28,280

[Networth-DWM]

Digitized by Google